IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRICE GOAD                                                    PLAINTIFF

v.                            No. 3:15-cv-197-DPM

CENSEO HEALTH, LLC                                    DEFENDANT

### ORDER

I recuse. I've been friends with the plaintiff's family for many years. My impartiality on the merits could reasonably be questioned. The Clerk must therefore reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 August 2015